AMOS CLARK, JR., PLAINTIFF IN ERROR, v. FIRE DEPARTMENT OF THE CITY OF ELIZABETH, DEFENDANT IN ERROR.

In error to the Supreme Court.  For opinion of the Supreme Court, see *ante p.* 172.

For the plaintiff in error, *W. P. Wilson.*

For the defendant in error, *P. H. Gilhooly.*

THE CHANCELLOR.    I am of opinion that the judgment of the court below should be affirmed for the reasons given by the court below

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, KNAPP, REED, SCUDDER, CLEMENT, COLE, DODD, GREEN, WHITAKER—12.

*For reversal*—None.